UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>JAMES A. REED, LINDA LOU MULL REED, MASTERWEAR, INC., WILLIAM J. CURE, ELIZABETH J. CURE, UNITED STATES FIDELITY AND GUARANTY COMPANY, HOOSIER INSURANCE COMPANY, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, CHARLES MASON, RUBY PRUITT d/b/a RUBY'S DINER, BILLY J. CUNNINGHAM, MARY ANN CUNNINGHAM, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, CITY OF MARTINSVILLE, INDIANA, HOMETOWN TRANSMISSION, INC., SAMUEL and DELORES NEAL,<br><br>   Defendants. | CASE NO. 1:04-cv-2027-DFH-WTL |

FINAL JUDGMENT

The court having this day granted plaintiff's motion to dismiss for lack of subject matter jurisdiction, it is hereby ORDERED, ADJUDGED, AND DECREED that this action is dismissed for lack of subject matter jurisdiction, with costs to defendants pursuant to 28 U.S.C. § 1919.

-2-

Date: November 2, 2006

*David F Hamilton*

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*

By:  Deputy Clerk

Copies to:

Thomas Andrew Benson
U.S. DEPARTMENT OF JUSTICE - ENVIRONMENTAL ENFORCEMENT
thomas.benson@usdoj.gov

Theodore J. Blanford
HUME SMITH GEDDES GREEN & SIMMONS
tblanford@humesmith.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com

Stephen P. Brown
PLUNKETT & COONEY PC
sbrown@plunkettcooney.com

Charles W. Browning
PLUNKETT & COONEY, P.C.
cbrowning@plunkettcooney.com

Adam A. Carroll
HUME SMITH GEDDES GREEN & SIMMONS
acarroll@humesmith.com

Michael D. Chambers
SOMMER BARNARD ATTORNEYS, PC
mchambers@sommerbarnard.com

Frank J. Deveau

-3-

SOMMER BARNARD ATTORNEYS, PC
fdeveau@sommerbarnard.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Peter Ralph Foley
FOLEY FOLEY & PEDEN
peterffplaw@insightbb.com

David R. Gillay
BARNES & THORNBURG LLP
david.gillay@btlaw.com

Edward S. Griggs
BARNES & THORNBURG LLP
sean.griggs@btlaw.com

Kandi Kilkelly Hidde
BINGHAM MCHALE
khidde@binghammchale.com

Barbara A. Jones
BINGHAM MCHALE, LLP
bjones@binghammchale.com

Timothy J. Junk
INDIANA STATE ATTORNEY GENERAL
tjunk@atg.state.in.us

Bruce L. Kamplain
NORRIS CHOPLIN & SCHROEDER LLP
bkamplain@ncs-law.com

Michelle H. Kazmierczak
KIGHTLINGER & GRAY
mkazmierczak@k-glaw.com

Ginny L. Peterson
KIGHTLINGER & GRAY
gpeterson@k-glaw.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

-4-

Peter M. Racher
PLEWS SHADLEY RACHER & BRAUN
pracher@psrb.com

Jana K. Strain
PRICE WAICUKAUSKI & RILEY
jstrain@price-law.com

Brad R. Sugarman
SOMMER BARNARD ATTORNEYS, PC
bsugarman@sommerbarnard.com

Karen E. Torrent
UNITED STATES DEPARTMENT OF JUSTICE
karen.torrent@usdoj.gov

William C. Wagner
SOMMER BARNARD ATTORNEYS, PC
wwagner@sommerbarnard.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI & RILEY
rwaicukauski@price-law.com

Jill E. Zengler
UNITED STATES ATTORNEY'S OFFICE
jill.zengler@usdoj.gov